IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

CIVIL ACTION NO.: 2:20-cv-00084-D

ALISON DOUGH, )
)
       Plaintiff, )
)
vs. ) **ORDER GRANTING JOINT MOTION**
) **TO AMEND SCHEDULING ORDER**
NONPROFIT HR SOLUTIONS, )
LLC, )
)
       Defendant. )

**THIS MATTER** having come before this Court on the Parties' Joint Motion to Amend the Scheduling Order, pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure and Local Rule 6.1; and

It appearing to the Court that good cause exists for the granting of this Motion, and that said Motion should be allowed;

**IT IS NOW THEREFORE ORDERED** that the Parties Joint Motion to Amend the Scheduling Order shall be and the same is hereby GRANTED; and the time for the Parties to complete discovery is extended to February 28, 2022.

**SO ORDERED.** This the __29__ day of December, 2021.

                                                    JAMES C. DEVER III
                                                  UNITED STATES DISTRICT JUDGE